UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JESSE TULLIES,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil No. 23-3378 (JXN)
Criminal No. 18-21 (KM)

## NOTICE OF APPEAL

COMES Movant, Jesse Tullies ("Tullies"), appearing *Pro Se,* and files his notice of appeal of the December 15, 2025, Opinion and Order [ECF Nos. 11 & 12] denying without prejudice Tullies' Motion under 28 U.S.C. 2255 to Vacate, Set Aside, or Correction Sentence by a Person in Federal Custody.

Respectfully submitted,

Dated: January 20, 2026

JESSE TULLIES
Reg. No. 71286-050
FCI Butner Low
FEDERAL CORR. INSTITUTION
P.O. BOX 999
BUTNER, NC 27509

JESSE TULLIES
REG. NO. 71286-050
FCI Butner Low
FEDERAL CORR. INSTITUTION
P.O. BOX 999
BUTNER, NC 27509

January 20, 2026

CLERK OF THE COURT
U. S. DISTRICT COURT
DISTRICT OF JERSEY
NEWARD DIVISION
50 WALNUT STREET, ROOM 4015
NEWARK, NJ 07101

    RE:   *Tullies v. United States*
           Civil No. 23-3378 (JXN)
           Criminal No. 18-21 (KM)

To the Clerk of the Court:

    Enclosed please find and accept for immediate filing Movant's Notice of Appeal of the December 15, 2025, Opinion and Order [ECF Nos. 11 & 12] denying without prejudice Tullies' Motion under 28 U.S.C. 2255 to Vacate, Set Aside, or Correction Sentence by a Person in Federal Custody. A Motion to Proceed In Forma Pauperis will be forthcoming. Please submit this notice to the Court.

    Thank you for your assistance in this matter.

                                                Sincerely,

                                                */s/ Jesse Tullies*
                                                JESSE TULLIES
                                                Appearing *Pro Se*

*Encl. as noted*



U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
PRESS FIRMLY TO SEAL RECEIVED
2026 FEB -2 A 11:19

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED





US POSTAGE PAID
$11.95
Origin: 77070
01/20/26
4800420059-07

PRIORITY MAIL®

0 Lb 1.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 01/23/26

C014

SHIP TO:

RM 4015
50 WALNUT ST
NEWARK NJ 07102-3570

FROM:

JESSE TULLIES
REG. NO. 71286-050
FCI Butner Low
FEDERAL CORR. INSTITUTION
P.O. BOX 999
BUTNER, NC 27509

TO:

CLERK OF THE COURT
U. S. DISTRICT COURT
DISTRICT OF JERSEY
NEWARD DIVISION
50 WALNUT STREET, ROOM 4015
NEWARK, NJ 07101



USPS TRACKING® #





9505 5104 4804 6020 1897 62




PS0000





XRAYED