

**U.S. Department of Justice**

*U.S. Attorney's Office, District of New Jersey*

*Appeals Division*

---

*Steven G. Sanders*  
*Assistant U.S. Attorney*

*970 Broad Street, Suite 700*  
*Newark, NJ 07102*

*(973) 645-2846*

February 19, 2026

**BY ECF**

Patricia S. Dodszuweit, Clerk  
U.S. Court of Appeals, Third Circuit  
U.S. Courthouse  
601 Market Street, Room 21400  
Philadelphia, PA 19106-1790

    **Re:** *Tullies v. United States*, **No. 26-1237**

Dear Ms. Dodszuweit:

  This Court should decline to issue a certificate of appealability because reasonable jurists would not find debatable the District Court's conclusion (Doc. No. 1-2 at pp.7–31) that Defendant Jesse Tullies received competent representation and that, even if he didn't, he suffered no prejudice given the overwhelming evidence of his guilt. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 474, 484 (2000); *see also United States v. El-Battouty*, No. 24-1598, 2024 WL 4512075, at *1 (3d Cir. Aug. 8, 2024).

            Very truly yours,

            TODD BLANCHE  
            U.S. Deputy Attorney General

            JORDAN FOX  
            Chief of Staff  
            Associate Deputy Attorney General  
            Special Attorney

      By:  s/ STEVEN G. SANDERS  
            Assistant United States Attorney

## C<small>ERTIFICATION</small> O<small>F</small> S<small>ERVICE</small>

      I hereby certify that I today caused the foregoing letter to be served on Defendant by causing a true and accurate copy of it to be placed in the U.S. Mail, postage prepaid, addressed as follows:

Jesse Tullies
#71286-050
Hazelton FCI
P.O. Box 5000
Bruceton Mills, WV 26525

<u>s/ Steven G. Sanders</u>
Assistant U.S. Attorney

Dated: February 19, 2026